UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIANET ALVAREZ OSORIO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CUSTOMS AND BORDER PROTECTION,<br><br>　　　　　Defendant. | Civil Action No. 23-3779 (JEB) |

**JOINT STATUS REPORT**

　　　　Pursuant the Court's March 19, 2024 Minute Order, Plaintiff Lianet Alvarez Osorio and Defendant Customs and Border Protection ("CBP") respectfully submit this joint status report. The parties report as follows:

　　　　1.　　As explained previously, this lawsuit stems from a Freedom of Information Act request that Plaintiff sent to CBP regarding her mother's death in CBP custody. CBP has agreed to produce non-exempt, reasonably segregable portions of records created or obtained by CBP explaining or investigating her mother's death, as required and described by CBP Notification and Review Procedures for Certain Deaths and Deaths in Custody (issued May 26, 2021).

　　　　2.　　CBP is processing records responsive to Plaintiff's request. In the parties' prior joint status report (ECF No. 10), CBP reported that it anticipated completing its response no later than April 5, 2024. But because the records required more review prior to release than CBP anticipated, CBP was not able to finish the response on April 5. CBP now anticipates making its release on or before the end of the current week.

　　　　3.　　The parties respectfully propose filing another joint status report on or before April 29, 2024.

Dated: April 15, 2024
Washington, DC

        Respectfully submitted,

        MATTHEW M. GRAVES, D.C. Bar #481052
        United States Attorney

        BRIAN P. HUDAK
        Chief, Civil Division

/s/ Andrew Fels
Andrew Fels, Esq.
D.C. Bar # TN0025
3214 Fountain Park Blvd.
Knoxville, TN 37917
865-567-4881
andrew@alotrolado.org

*Attorney for Plaintiff*

By: /s/ *John J. Bardo*
    JOHN J. BARDO
    D.C. Bar # 1655534
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 870-6770

*Attorneys for the United States of America*