UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIANET ALVAREZ OSORIO,<br><br>   Plaintiff,<br><br> v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION,<br><br>   Defendant. | Civil Action No. 23-3779 (JEB) |

## JOINT STATUS REPORT

Pursuant the Court's April 15, 2024 Minute Order, Plaintiff Lianet Alvarez Osorio and Defendant Customs and Border Protection ("CBP") respectfully submit this joint status report. The parties report as follows:

 1. As explained previously, this lawsuit stems from a Freedom of Information Act request that Plaintiff sent to CBP regarding her mother's death in CBP custody. CBP has agreed to produce non-exempt, reasonably segregable portions of records created or obtained by CBP explaining or investigating her mother's death, as required and described by CBP Notification and Review Procedures for Certain Deaths and Deaths in Custody (issued May 26, 2021).

 2. On April 18, 2024, CBP produced non-exempt portions of seven pages of responsive records.

 3. The investigation that is the subject of Plaintiff's request is still ongoing.

 4. Before May 31, 2024, CBP will produce to Plaintiff records from CBP's Office of the Chief Medical Officer pertaining to the death of Plaintiff's mother.

5. The parties respectfully propose filing another joint status report in thirty days, on or before May 29, 2024.

Dated: April 29, 2024
Washington, DC

                                                    Respectfully submitted,

                                                    MATTHEW M. GRAVES, D.C. Bar #481052
                                                    United States Attorney

                                                    BRIAN P. HUDAK
                                                    Chief, Civil Division

/s/ Andrew Fels                                By: /s/ *John J. Bardo*
Andrew Fels, Esq.                               JOHN J. BARDO
D.C. Bar # TN0025                             D.C. Bar # 1655534
3214 Fountain Park Blvd.                   Assistant United States Attorney
Knoxville, TN 37917                         601 D Street, NW
865-567-4881                                     Washington, DC 20530
andrew@alotrolado.org                     (202) 870-6770

*Attorney for Plaintiff*                          *Attorneys for the United States of America*