UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIANET ALVAREZ OSORIO,<br><br>   Plaintiff,<br><br> v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION,<br><br>   Defendant. | Civil Action No. 23-3779 (JEB) |

## JOINT STATUS REPORT

Pursuant to the Court's October 1, 2024 Minute Order, Plaintiff Lianet Alvarez Osorio and Defendant Customs and Border Protection ("CBP") respectfully submit this joint status report. The parties report as follows:

1. CBP's production of the non-exempt reasonably segregable portions of the remaining videotapes has been delayed. CBP will now be releasing six videotapes on December 9, 2024.

2. After the December 9 release, CBP will have two additional videotapes remaining to be processed. These videotapes are primarily in Spanish and therefore they will need to be reviewed by a Spanish translator to ensure any exempt portions are redacted.

3. CBP anticipates releasing the two Spanish language videotapes in January 2025.

4. The parties respectfully propose filing another Joint Status Report in thirty days, on or before January 6, 2025.

\* \* \*

Dated: December 6, 2024

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

*/s/ Andrew Fels*
Andrew Fels, Esq.
D.C. Bar # TN0025
3214 Fountain Park Blvd.
Knoxville, TN 37917
865-567-4881
andrew@alotrolado.org

*Attorney for Plaintiff*

By: /s/ *John J. Bardo*
JOHN J. BARDO, D.C. Bar # 1655534
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 870-6770

*Attorneys for the United States of America*